United States District Court
Northern District of New York

| | | |
|---|---|---|
| Nytayshia Monae Haynes, | ) | Case 1:22-cv-00081-GTS-ATB |
|     *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| vs. | ) | Chief United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Andrew T. Baxter |
| Acting Commissioner | ) | United States Magistrate Judge |
| of Social Security, | ) | |
|     *Defendant*. | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will re-assess the medical opinions, re-evaluate Plaintiff's subjective complaints, re-assess Plaintiff's residual functional capacity and continue through the sequential evaluation process, offer the claimant the opportunity for a hearing, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Nytayshia Monae Haynes, |
| By Her Attorneys | By Her Attorney |
| | |
| Carla B. Freedman | |
| United States Attorney | |
| | |
| */s/ Molly E. Carter* | */s/ Michael J. Telfer*[1] |
| Molly E. Carter | Michael J. Telfer |
| Special Assistant United States Attorney | Legal Aid Society of Northeastern |
| N.D.N.Y. Bar Roll No. 701004 |     New York, Inc. |
| Social Security Administration | 95 Central Avenue |
| Office of the General Counsel | Albany, NY 12206 |
| J.F.K. Federal Building, Room 625 | (518) 533-5933 |

---

[1] Signed by Molly Carter with permission from Michael Telfer.

Boston, MA 02203
(617) 565-2393
Molly.Carter@ssa.gov

mtelfer@lasnny.org

IT IS SO ORDERED:

*[signature: Glenn T. Suddaby]*

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: May 18, 2022
Syracuse, NY