**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Nytayshia Monae Haynes, | ) | Case 1:22-cv-00081-GTS-ATB |
| *Plaintiff,* | ) | |
| | ) | Glenn T. Suddaby |
| vs. | ) | Chief United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Andrew T. Baxter |
| Acting Commissioner | ) | United States Magistrate Judge |
| of Social Security, | ) | |
| *Defendant.* | ) | Stipulation – Document Filed Electronically |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys that

Plaintiff is awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.

§ 4212, in the amount of $455.30 (four hundred fifty-five dollars and thirty cents). Such award is

made in full satisfaction of any claim for fees, expenses, and costs. It is further agreed that

payment will be made directly to Plaintiff's attorney, provided that Plaintiff owes no debt that is

subject to offset under the Treasury Offset Program.

Respectfully Submitted,

Kilolo Kijakazi,                                         Nytayshia Monae Haynes,

By Her Attorneys                                       By Her Attorney

Carla B. Freedman
United States Attorney

*/s/ Molly E. Carter*                                  */s/ Michael J. Telfer*[1]
Molly E. Carter                                          Michael J. Telfer
Special Assistant United States Attorney    Legal Aid Society of Northeastern
N.D.N.Y. Bar Roll No. 701004                        New York, Inc.
Social Security Administration                   95 Central Avenue
Office of the General Counsel                    Albany, NY 12206
J.F.K. Federal Building, Room 625              (518) 533-5933
Boston, MA 02203                                     mtelfer@lasnny.org
(617) 565-2393
Molly.Carter@ssa.gov                               IT IS SO ORDERED:

---
[1] Signed by Molly Carter with permission from Michael Telfer.

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 5/20/2022 _____

Syracuse, NY